**Order entered October 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00952-CV

### IN RE DARLA JALANE EDDINS, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23371**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **GRANT** relator's motion to dismiss and

**DISMISS** this original proceeding. *See* TEX. R. APP. P. 42.1(a)(1). We **ORDER** relator to bear

the costs, if any, of this original proceeding.

/s/     JASON BOATRIGHT
        JUSTICE